## Little *v.* The State.

*Murder.*

(Decided Dec. 21, 1905, 39 So. Rep. 674.)

APPEAL from Bessemer City Court.
Heard before Hon. WILLIAM JACKSON.

SHUGART & BELL, for appellant.

MASSEY WILSON, Attorney General for the State.

Reversed and remanded.

Opinion by ANDERSON, J.

HARALSON, TYSON, DOWDELL and DENSON, JJ., concur.

---

## Southern Ry. Co. *v.* Branyon.

*Damages to Passenger.*

(Decided Dec. 21, 1905, 39 So. Rep. 675.)

APPEAL from Fayette Circuit Court.
Heard before Hon. S. H. SPROTT.

WEATHERLY & STOKELEY and J. H. BANKHEAD, JR., for appellant.

McCOLLUM, PETERS, NESMITH and J. J. MAYFIELD, for appellee.

TYSON, ANDERSON and DENSON, JJ., concur.

---

## Woodall *v.* The State.

*Vagrancy.*

(Decided Dec. 21, 1905, 39 So. Rep. 718.)

APPEAL from Elmore County Court.
Heard before Hon. H. J. LANCASTER.

No counsel for appellant.

MASSEY WILSON, Attorney General for State.

Affirmed.

TYSON, DOWDELL, ANDERSON and DENSON, JJ., concur.